384 A.2d 981

Carolina Casualty Insurance Company v. Pittsburgh & New England Trucking Company, Appellant.

Argued November 22, 1977. James D. Porterfield, for appellant; Robert B. Truel, with him Truel and Ploeger, for appellee.

Judgment affirmed.